# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MITCHELL LEVEY, | ) | 3:09-cv-00443-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| LYON COUNTY SHERIFF'S OFFICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Trial is set to begin in this matter on January 18, 2011. The plaintiff shall file any opposition to the defendants' motions in limine (#15) on or before December 5, 2010. The filing of all other motions in limine shall be governed by Local Rule 16-3(b).

**IT IS SO ORDERED.**

DATED: This 15th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE